NO. 07-10-0251-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 4, 2010
_____

JULIE MARIE ST. CLAIR,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 58,965-B; HON. JOHN BOARD., PRESIDING
_____

*Abatement and Remand*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before us is a joint motion to abate the appeal and remand the matter back to the trial court so that findings of fact and conclusions of law can be filed. The record reflects that appellant, timely, filed a request for findings of fact and conclusions of law. However, none were ever filed. In *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006), the Court of Criminal Appeals held that, "[u]pon the request of the losing party on a motion to suppress evidence, the trial court shall state its essential

findings."  In *Cullen*, the Court explained that, the trial court's refusal to state its findings and conclusions prevented the court of appeals from a meaningful review of the decision to grant or deny the motion to suppress.  *Id.* at 698.

Accordingly, we abate the appeal and remand the matter back to the trial court. *See* TEX. R. APP. P. 44.4.  We further direct the Honorable John Board, judge of the 181st Judicial District Court, Potter County, Texas, to execute findings of fact and conclusions of law in this cause as required by *State v. Cullen, supra*.  We also direct him to execute his findings and conclusions and file them with the clerk of this court, via a supplemental clerk's record, on or before November 3, 2010.  Upon the filing of the supplemental clerk's record containing the findings and conclusions, the appeal will be reinstated.

It is so ordered.

Per Curiam